STEVEN S. ALM
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2000

at ____ o'clock and ____ min ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARLEEN LEONG,           (01) ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. 00-CR00-00107 SOM <br><br> INDICTMENT <br><br> [21 U.S.C. § 841(a)(1)] |

I N D I C T M E N T

COUNT 1

The Grand Jury charges that:

On or about February 4, 2000, in the District of Hawaii, defendant ARLEEN LEONG, did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).





## COUNT 2

The Grand Jury further charges that:

On or about March 9, 2000, in the District of Hawaii, defendant ARLEEN LEONG, did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges that:

On or about March 10, 2000, in the District of Hawaii, defendant ARLEEN LEONG, did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: ___3/16___, 2000 at Honolulu, Hawaii.

A TRUE

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

United States v. Arleen Leong
Cr. No. 00-
"INDICTMENT"